# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| WILLIAM T. WHEELER | CIVIL ACTION NO. 06-1334 |
| VS. | JUDGE ROBERT G. JAMES |
| WARDEN, CALDWELL CORRECTIONAL CENTER | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED, ADJUDGED AND DECREED that this petition for writ of habeas corpus [Doc. No. 1] be DISMISSED WITH PREJUDICE for failing to state a claim for which relief may be granted.

IT IS FURTHER ORDERED that, to the extent petitioner has attempted to raise new new claims in his Supplemental Objections to Report and Recommendation [Doc. No. 5], those claims are DENIED as untimely. To assert these new claims, he must exhaust his available state court remedies and then apply to the United States Fifth Circuit Court of Appeals for permission to file a successive petition for writ of habeas corpus.

MONROE, LOUISIANA, this 18th day of October, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE